IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.                       //         CRIMINAL NO. 1:20CR49-3
                                        (Judge Keeley)

LUCIO JAVIER ESCOBEDO FERNANDEZ,

       Defendant.

ORDER GRANTING IN PART AND DENYING
IN PART MOTION TO SEEK REVIEW OF RELEASE ORDER [DKT. NO. 40]

On March 1, 2021, the Government filed a motion seeking review of the order of Magistrate Judge Laurel Beeler of the Northern District of California granting bond ("Release Order") effective March 2, 2021 (Dkt. No. 40). For good cause, the Court:

- **GRANTS** the Government's request for review of the Release Order;

- **DENIES** the Government's request to revoke Defendant's bond at this time;

- **STAYS** the Release Order pending its review; and

- **SCHEDULES** a hearing on this motion for **Friday, March 5, 2021, at 12:00 p.m. EST.** If the Defendant intends to appear for this hearing by videoconference, he must notify the Court no later than **Thursday, March 4, 2021 at 3:00 p.m. EST.**

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, the Office of the Federal Public Defender for

**USA V. FERNANDEZ**                                                    **1:20CR49-3**

**ORDER GRANTING IN PART AND DENYING
IN PART MOTION TO SEEK REVIEW OF RELEASE ORDER [DKT. NO. 40]**

the Northern District of West Virginia, c/o Lisa Coleman, and all

appropriate agencies.

DATED: March 2, 2021


/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

2